# Snell & Wilmer
L.L.P.
LAW OFFICES

One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
602.382.6000
602.382.6070 (Fax)
www.swlaw.com

ALBUQUERQUE
BOISE
DENVER
LAS VEGAS
LOS ANGELES
LOS CABOS
ORANGE COUNTY
PHOENIX
RENO
SALT LAKE CITY
TUCSON
WASHINGTON DC

**Taryn J. Gallup**
**(602) 382-6547**
**tgallup@swlaw.com**

January 2, 2020

**APPLICATION GRANTED
SO ORDERED** [signature]
**VERNON S. BRODERICK
U.S.D.J.** 1/6/2020

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *Marcos Calcano v. True Religion Apparel, Inc.*
     Case No. 19-cv-10442 (VSB)

Dear Judge Broderick:

  We represent defendant True Religion Apparel, Inc. ("Defendant") in the above-referenced action. Pursuant to Rule 1.G. of Your Honor's Individual Rules & Practices in Civil Cases, we write with the consent of counsel for plaintiff Marcos Calcano ("Plaintiff"), respectfully to request that the Court extend Defendant's time to answer, move, or otherwise respond to the Complaint from January 8, 2020 to February 5, 2020.

  This is Defendant's second request for an extension of time to answer, move, or otherwise respond to the Complaint. Defendant previously requested an extension of time in order to permit counsel for Defendant, who had recently been engaged in this action, to become familiar with the facts and allegations contained in the Complaint. The Court granted Defendant's prior request. In support of this second request, counsel for Defendant states that this extension, if granted, will permit counsel additional time to prepare Defendant's response to the Complaint and afford the parties an opportunity to continue ongoing settlement discussions. No other dates have been scheduled in this action as of this date. As noted, counsel for Plaintiff consents to Defendant's request.



The Honorable Vernon S. Broderick
January 2, 2020
Page 2

Thank you for Your Honor's consideration of this request.

                Respectfully submitted,

                Snell & Wilmer L.L.P.

                s/ Taryn J. Gallup

                Taryn J. Gallup

TJG:dr
cc:  All counsel of record (by ECF)
4838-6713-0288