UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARCOS CALCANO,

                      Plaintiff,

      -against-

TRUE RELIGION APPAREL, INC.,

                      Defendant.
-----------------------------------------------------------X

19 **CIVIL** 10442 (VSB)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2022, because Plaintiff lacks standing to maintain this lawsuit, the First Amended Complaint fails to plausibly allege an ADA claim, and any further amendment would be futile, Defendant's motion to dismiss is GRANTED WITH PREJUDICE.

**Dated:** New York, New York

       March 31, 2022

                                                       **RUBY J. KRAJICK**

                                                         **Clerk of Court**

                             **BY:**

                                                        **Deputy Clerk**